**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6434**

————————

MICHAEL TERRELL COOK,

                      Petitioner - Appellant,

      versus

B.A. BLEDSOE, Warden,

                      Respondent - Appellee,

      and

KATHLEEN HAWK SAWYER,

                      Respondent.

————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-00-60-1)

————————

Submitted: August 23, 2001      Decided: August 29, 2001

————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Michael Terrell Cook, Appellant Pro Se. Patrick Michael Flatley,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Terrell Cook appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition, declining to reconsider the denial of relief, and refusing to release Cook on bond pending disposition of this appeal. We have reviewed the record and the district court's orders and opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cook v. Bledsoe, No. CA-00-60-1 (N.D.W. Va. Mar. 5, 2001; Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED